UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY,<br><br>    Plaintiff,<br><br>    v.<br><br>KEN SALAZAR, et al.<br><br>    Defendants.<br>_____/ | No. C-10-04861-DMR<br><br>**ORDER GRANTING REQUEST TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE** |

The Court is in receipt of the parties' joint request to continue the Initial Case Management Conference and to extend the time for Defendants to file an answer. The parties' request is granted. Defendants shall have until January 26, 2011 to answer Plaintiff's complaint. The Initial Case Management Conference previously scheduled for February 2, 2011 has been CONTINUED to **March 9, 2011, at 1:30 p.m.**, Courtroom 4, 3rd Floor, U.S. District Court, 1301 Clay Street, Oakland, California 94612. The deadlines as set forth in the Order Setting Initial Case Management Conference and ADR Deadlines are continued accordingly. *See* Docket No. 5.

IT IS SO ORDERED.

Dated: December 23, 2010

DONNA M. RYU
United States Magistrate Judge