United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, | No. C-10-04861 (DMR) |
| Plaintiff(s), | **ORDER GRANTING REQUEST FOR TELEPHONIC APPEARANCE AT CASE MANAGEMENT CONFERENCE** |
| v. | |
| KEN SALAZAR, | |
| Defendant(s). | |

TO ALL PARTIES AND COUNSEL OF RECORD:

Base on the filed request and good cause appearing, IT IS HEREBY ORDERED that counsel for Defendants may appear by telephone at the Case Management Conference scheduled for **March 9, 2011 at 1:30 p.m.** Counsel for Defendants shall call the Court at 510-637-3909 (or if that line is busy, at 510-637-2156) five minutes prior to the scheduled start time.

IT IS SO ORDERED.

Dated: February 18, 2011

DONNA M. RYU

United States Magistrate Judge