UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, | No. C-10-04861 (DMR) |
| Plaintiff(s), | **ORDER GRANTING REQUEST TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE** |
| v. | |
| KEN SALAZAR, | |
| Defendant(s). | |

The Court is in receipt of the parties' stipulated request to continue the Initial Case Management Conference. The parties' request is granted. The Initial Case Management Conference previously scheduled for March 9, 2011 has been CONTINUED to **April 20, 2011 at 1:30 p.m.**, Courtroom 4, 3rd Floor, U.S. District Court, 1301 Clay Street, Oakland, California 94612. The deadlines as set forth in the Order Setting Initial Case Management Conference and ADR Deadlines are continued accordingly. *See* Docket No. 5.

IT IS SO ORDERED.

Dated: March 1, 2011

DONNA M. RYU
United States Magistrate Judge